UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joshua Anthony Jones,

    Petitioner,

v.                                            Case No. 16-cv-3696 (JNE/HB)
                                            ORDER

Tom Roy,

    Respondent.

Petitioner filed a petition under 28 U.S.C. § 2254 (2012). Respondent moved to dismiss the petition, asserting that Petitioner's claims are barred by the statute of limitations. In a Report and Recommendation dated July 11, 2017, the Honorable Hildy Bowbeer, United States Magistrate Judge, recommended that Respondent's motion to dismiss be granted, that Petitioner's § 2254 petition be dismissed, and that a certificate of appealability be denied. Petitioner filed objections. Respondent responded to them. Based on a de novo review of the record, *see* D. Minn. LR 72.2(b), the Court overrules Petitioner's objections and accepts the recommended disposition [Docket No. 19]. Therefore, IT IS ORDERED THAT:

    1.    Respondent's motion to dismiss [Docket No. 11] is GRANTED.

    2.    Petitioner's § 2254 petition [Docket No. 1] is DISMISSED.

    3.    A certificate of appealability is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 25, 2017

                                                                s/ Joan N. Ericksen
                                                                 JOAN N. ERICKSEN
                                                                 United States District Judge